**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 17-24553-GLT |
| Stassen Henderson<br>    Debtor | Chapter 7 |
| | Doc. No.: |
| Stassen Henderson<br>    Movant | Related to Doc. No.: |
| | Hearing Date: 7/12/18 at 10:30 A.M. |
| v. | |
| Cincinnati Insurance Company, a/s/o<br>Frederick Sams, D.M.D.,<br>    Respondent | |

**ORDER OF COURT**

**AND NOW**, to wit, this _____ day of _____, 2018, upon consideration of the foregoing Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. §522(f)(1)(A), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the judgment lien filed by Erie Insurance Group, in the Court of Common Pleas of Allegheny County, Pennsylvania at docket number AR-06-5729, in the amount of $12,362.82, be and hereby is, avoided and rendered unenforceable. Respondent, Cincinnati Insurance Company, is hereby directed to take all necessary steps to remove the judgment from the record, file a Praecipe to Settle and Discontinue and immediately notify PennDot to reinstate the driving privileges of Stassen Henderson within 30 days.

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge