**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 17-24553-GLT |
| Stassen Henderson<br>    Debtor | Chapter 7 |
| | Doc. No.: |
| Stassen Henderson<br>    Movant | Related to Doc. No.: |
| | Hearing Date: 7/12/18 at 10:30 A.M. |
| v. | |
| Cincinnati Insurance Company, a/s/o<br>Frederick Sams, D.M.D.,<br>    Respondent | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING**
**MOTION TO AVOID JUDGEMENT LIEN**

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **June 15, 2018** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **July 12, 2018**, at **10:30 A.M.** before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: **May 29, 2018**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esq.
Law Office of Albert G. Reese
PA ID #93813
640 Rodi Road, 2nd FL., Suite 2
Pittsburgh, PA 15235
(412) 241-1697(P)
(412) 241-1687(F)
areese8897@aol.com
Attorney for Debtor