## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-24553-GLT |
| Stassen Henderson<br>    Debtor | Chapter 7 |
| | Doc. No.: |
| Stassen Henderson<br>    Movant | Related to Doc. No.: |
| | Hearing Date: 7/12/18 at 10:30 A.M. |
| v. | |
| Cincinnati Insurance Company, a/s/o<br>Frederick Sams, D.M.D.,<br>    Respondent | |

**CERTIFICATE OF SERVICE**

I, Annice E. Reese, declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, Floor 2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before, **May 29, 2018**, I served a copy of the **Motion to Avoid Lien by Cincinnati Insurance Company, Order of Court and Hearing Notice** upon the parties listed below. The types of services made on the parties were: **Electronic Notification, Certified Mail and U.S. First Class Mail.**

**Service by Electronic Mail:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Jefferey J. Sikirica, Trustee
trusteesikirica@consolidated.net

**Service via Certified Mail and U.S. First Class Mail:**

Gina Zumpella, Esq.
Walsh, Collis & Blackmer, P.C.
The Gulf Tower, Suite 1400
707 Grant Street
Pittsburgh, PA 15219

The Cincinnati Insurance Company
6200 S. Gilmore Road
Fairfield, OH 45014-5141

The Cincinnati Insurance Company
Maureen Rhoads, Field Claims Superintendent
P.O. Box 1002
Youngwood, PA 15697

Frederick Sams, D.M.D.
5732 Ellsworth Avenue
Pittsburgh, PA 15206

Stassen Henderson
1358 Paulson Avenue
Pittsburgh,  PA 15206

Date: **May 29, 2018**　　　　　　　　　　　　　　　　　　　　Respectfully submitted by:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Annice E. Reese**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Annice E. Reese, Office Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Albert G. Reese, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　640 Rodi Road, 2nd Floor, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 241-1697
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 241-1687 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　areese8897@aol.com