# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-24553-GLT |
| Stassen Henderson<br>  Debtor | Chapter 7 |
| | Doc. No.: |
| Stassen Henderson<br>  Movant | Related to Doc. No.: 45 |
| | Hearing Date: 7/12/18 at 10:30 A.M. |
| v. | |
| Cincinnati Insurance Company a/s/o<br>Frederick Sams<br>  Respondent | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDGMENT LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment, filed on May 29, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment appears thereon. Pursuant to the Notice of Hearing, a response to the Motion to Avoid Judgment was to be filed and served no later than June 15, 2018.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment be entered by the Court.

Dated: **June 17, 2018**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697 (telephone)
412-241-1687 (fax)
areese8897@aol.com
Attorney for Debtor