**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 17-24553-GLT |
| Stassen Henderson<br>    Debtor | Chapter 7 |
| | Doc. No.: |
| Stassen Henderson<br>    Movant | Related to Doc. No.: |
| | Hearing Date: 7/12/18 at 10:30 A.M. |
| v. | |
| Cincinnati Insurance Company, a/s/o<br>Frederick Sams, D.M.D.,<br>    Respondent | |

### MOTION TO WITHDRAW THE MOTIONS TO AVOID JUDGMENT LIEN

**AND NOW** comes Albert G. Reese Jr., Esquire, Counsel for the Debtor, and respectfully requests that the Motions to Avoid Judgment Lien filed at docket entry number 44, be withdrawn. Counsel will refile the Motion and address the Court's concerns.

Dated: **July 11, 2018**

Respectfully submitted by:
**/s/Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA I.D. No. 93813
Law Office of Albert G. Reese
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687
areese8897@aol.com
Attorney for the Debtor